Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FILOMENA MARRA, Respondent, against THE AVIATION CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of AGNES HEINEMAN, Respondent, against WILLIAM M. CALDER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARGARET BROWN, Respondent, against CHARLES K. LIVENS, Respondent, and NORWICH UNION INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board against the appellant.

In the Matter of the Claim of HARRY GRAY, Respondent, against THOMAS ROULSTON, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of A. R. KYSER, Respondent, against FIELD-STUTZ COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of KATE MOLLOY, Respondent, against UNITED STATES TRUCKING CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of SALVATORE CESTERNINO, Respondent, against TEXTILE BY-PRODUCTS CORPORATION, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Probate of the Last Will and Testament of MARCELINE GADOUA, Deceased. EDWARD STERNBERG, Appellant; FREDERICK C. MALPASS, as Executor, etc., of MARCELINE GADOUA, Deceased, Respondent.— Motion to dismiss appeal granted.

ROBERT BROWN, as Trustee in Bankruptcy of the Estates of CHARLES J. KNAPP and Others, Respondents, v. DEPOSIT NATIONAL BANK and Others, Appellants.— Motion to dismiss appeal granted, by default, with ten dollars costs.

DAVID GERSTEN and Another, Respondents, v. FANNIE WEINBERG and Others, Appellants.■— Motion for reargument, only of the questions involved in the twenty-first finding of fact and in the fourth conclusion of law, granted. Case to be place on the calendar for the January term.

SAMUEL SHEMIN, Individually and as Executor, etc., of ALBERT HALPERN, Deceased, Appellant, v. SIGMUND H. HALPERN, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

BESSIE C. DANIELS, Respondent, v. EASTERN GREYHOUND LINES, INC., Respondent; LAWRENCE KENNER, Appellant.— Order reversed, on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of Fox v. Western N. Y. Motor Lines, Inc. (257 N. Y. 305). All concur.

SALVATORE PROVENZANO and Another, Respondents, v. ADELBERT H. CHAMBERS

and Another, Copartners Doing Business under the Firm Name and Style of STUYVESANT GARAGE, Appellants, and LEON LEONARD, Defendant.— Judgments and orders affirmed, with costs in one action. All concur, except Hill, J., who dissents and votes for a new trial as to the defendants Chambers.